Felony

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

JAN 1 2 2015

David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. B-15-MJ-078 |
| Saul ESCOBAR | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of January 11, 2015 in the county of Cameron in the Southern District of Texas, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| Title 21, United States Code, Section 841 & 846 | Knowingly and intentionally possess with intent to distribute approximately 10.16 kilograms of cocaine, a Schedule II controlled substance, and did conspire with persons known and unknown to knowingly and intentionally possess with the intent to distribute approximately 10.16 kilograms of cocaine, a Schedule II controlled substance. |

This criminal complaint is based on these facts:

On January 11, 2015, Saul ESCOBAR attempted to make entry into the United States via the Gateway Port of Entry in Brownsville, Texas, operating a silver in color Chevrolet Cavilier bearing Mexican registration ▬▬▬. The vehicle was referred to secondary for an intensified inspection where approximately 10.16 kilograms of cocaine were found in a hidden compartment inside the vehicle.

Saul ESCOBAR was questioned and admitted that he was transporting narcotics but did not know exactly what type of narcotics he was transporting. ESCOBAR was instructed to cross the vehicle and leave it at the Wal-Mart. ESCOBAR was supposed to be paid approximately $5,000 Mexican pesos for his role in the conspiracy.

☐ Continued on the attached sheet.

_____
*Complainant's Signature*

Ismael Jacinto    Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Jan 12, 2015
_____
*Date*

_____
*Judge's signature*

Brownsville, Texas
*City and State*

Ronald Morgan    U.S. Magistrate Judge
*Printed name and title*